MINUTE ENTRY
GUIDRY, J.
July 20, 2022

JS10 - 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 21-153 |
| JERRY TRABONA | SECTION "T" |

COURTROOM DEPUTY: Dedra D. Pongracz
COURT REPORTER: Alexis Vice

APPEARANCES: M. Irene Gonzalez, Michael Nicholoas Lang and Rosaleen O'Gara
Counsel for the government
Walter Francis Becker, Jr. and Charles V. Genco,
Counsel for the defendant
Hugo Mejia, U.S. Probation Office

## **RE-ARRAIGNMENT**

Case called at 2:01 p.m.
Defendant is sworn and questioned by the Court.
Defendant withdraws plea of NOT GUILTY as to Count 1 of the Superseding Indictment and enters a plea of guilty to same.
Reading of the Superseding Indictment is waived.
Defendant is informed of the maximum penalties.
Defendant is informed of sentencing guidelines.
Defendant informed of rights to trial by jury or the court and waived same.
Plea agreement is disclosed to the Court in letter form and is tendered, along with Attachment "A" under SEAL.
Government submits the factual basis and same is filed.
Plea accepted and defendant is ADJUDGED GUILTY pursuant to his plea of guilty.
Court ORDERS a pre-sentence investigation.
**Sentencing set for November 1, 2022 at 10:00 a.m.**
The pretrial conference and trial of this defendant are cancelled.
Defendant is released under his original bond.
Case adjourned at 2:16 p.m.